United States District Court
Southern District of Texas
**ENTERED**
October 07, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| YANDRIS MARIANO SOSA-PIEDRA, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-CV-05512 |
| | § | |
| TODD BLANCHE, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## ORDER OF DISMISSAL AND CASE CLOSURE

The petitioner, Yandris Mariano Sosa-Piedra, filed this petition to challenge his ongoing immigration custody. Pending is Sosa-Piedra's motion to dismiss for mootness, advising the Court that this case is moot because he is voluntarily departing the United States. Doc. No. 9.

Because Petitioner is no longer in custody and there is no viable controversy, his petition must be dismissed as moot. *See Spencer v. Kemna*, 118 S. Ct. 978, 983 (1998) (holding that a case becomes moot if it "no longer present[s] a case or controversy under Article III, § 2 of the Constitution" because "[t]he parties must continue to have a 'personal stake in the outcome' of the lawsuit'") (quoting *Lewis v. Cont'l Bank Corp.*, 110 S. Ct. 1249, 1254 (1990)).

Therefore, the Court **ORDERS** as follows:

1. The petitioner's motion to dismiss (Doc. No. 9) is **GRANTED**, and this habeas petition is **DISMISSED** without prejudice as **MOOT.**
2. Respondents' motion for summary judgment (Doc. No. 6), and all other pending motions, if any, are **DENIED as MOOT.**
3. This case is **CLOSED.**

The Clerk will enter this Order, providing a correct copy to all parties of record.

SIGNED on this 7th day of October 2026.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE